UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ALEJANDRO ESPINOZA,                                    CASE NO. 1:22-cv-22382-DPG
        Plaintiff,

  vs.

QUAY EYEWEAR, INC.,
Foreign for Profit Corporation
        Defendant,

_____/

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, QUAY EYEWEAR, INC. All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation. Each party shall bear their own attorney fees and costs.

Submitted by:

Mendez Law Offices, PLLC                    Todd W. Shulby, P.A.
Attorneys for Plaintiff                     Attorneys for Defendant
P.O. BOX 228630                             1792 Bell Tower Lane
Miami, Florida 33172                        Weston, Florida 33326
Telephone: 305.264.9090                     Telephone: (954) 530-2236
Facsimile: 1-305.809.8474                   Facsimile: (954) 530-6628
Email:info@mendezlawoffices.com             E-mail: tshulby@shulbylaw.com
By: _____/s/_____             By:_____/s/_____
DIEGO GERMAN MENDEZ, ESQ.                   TODD W. SHULBY, ESQ.
FL BAR NO.: 52748                           FL BAR NO: 68365

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email: radamslaw@bellsouth.net
By: _____/s/_____
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434


### ###